**2013–1552. Plassman v. Ohio Adult Parole Auth.**

In Habeas Corpus. On petition for writ of habeas corpus of Todd Plassman. Sua sponte, the writ is allowed. Allowing the writ means only that a return is ordered.

Respondent shall file a return of writ within 21 days of service of the petition, and petitioner may file a response within ten days after the return is filed. Petitioner's physical presence before the court is not required.

Pfeifer, O'Donnell, Kennedy, and O'Neill, JJ., concur.

O'Connor, C.J., and Lanzinger and French, JJ., dissent.

**2013–1561. State ex rel. Harsh v. Ringland.**

In Mandamus. On motion to dismiss. Motion granted. Relator's motions to strike the motion to dismiss and for judgment on the pleadings are denied. Cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2013–1571. State ex rel. Simms v. Kelly.**

In Habeas Corpus. On petition for writ of habeas corpus of Timothy Simms Jr. Sua sponte, cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2013–1617. Victor v. Sandusky Cty. Court of Common Pleas.**

In Mandamus. On motion to dismiss of the Sixth District Court of Appeals of Ohio and the motion to dismiss of the state of Ohio and the Ohio attorney general. Motions granted. Cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2013–1618. State ex rel. Johnson v. Sheeran.**

In Procedendo. On complaint in procedendo of Alphonso Johnson. On S.Ct.Prac.R. 12.04 determination, cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2013–1632. Cioffi v. Trumbull Cty. Official Court Reporters.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2013–1634. Siegel v. Helmick.**

In Mandamus. On complaint in mandamus of Richard Siegel. On S.Ct.Prac.R. 12.04 determination, cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2013–1637. Robinson v. LaRose.**

In Habeas Corpus. On petition for writ of habeas corpus of Jackie M. Robinson. Cause dismissed. Petitioner's motion for release on recognizance or surety is denied.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2013–1655. State ex rel. Wilson v. Lott.**

In Mandamus. On motion to dismiss. Motion granted. Relator's motion to inform the court is denied as moot. Cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2013–1659. Taylor v. Second Dist. Court of Appeals.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2013–1666. State ex rel. Vincent v. Holzapfel.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.